# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Feldman, Jonathan W. | Western District of New York | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

233 United States Courthouse
100 State Street
Rochester, NY 14614

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney in Fact | POA 1 - ▓ |
| 2. | Attorney in Fact | POA 2 - ▓ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Cornell Law School, Salary | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2014 | ▨ Salary income from Brighton Central School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Syracuse College of Law | 11/04/14 | Syracuse, NY | Guest Teacher | Mileage |
| 2. | Cornell Law School | 2014 | Ithaca, NY | Teaching related Travel | Mileage and occassional lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America Mortgage | Vacation Condo | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. Equitable FPV Life Ins. Policies | B | Interest | L | T | | | | | |
| 3. - Guaranteed Interest | A | Interest | J | T | | | | | |
| 4. -Alliance Common Stock | A | Dividend | J | T | | | | | |
| 5. -Alliance International | A | Dividend | J | T | | | | | |
| 6. Harbor International Mutual Fund | A | Dividend | K | T | | | | | |
| 7. Merril Edge Money Mkt (X) | A | Distribution | K | T | | | | | |
| 8. Google | | None | J | T | | | | | |
| 9. Google C | | None | J | T | Spinoff (from line 8) | 04/04/14 | J | | |
| 10. Google C | | None | J | T | Buy (add'l) | 04/04/14 | J | | |
| 11. Eaton Vance Floating Rate | A | Int./Div. | J | T | Sold (part) | 01/07/14 | J | | |
| 12. Eaton Vance Floating Rate | | None | | | Sold (part) | 05/22/14 | J | | |
| 13. IEC (X) | | None | L | T | Sold (part) | 06/13/14 | J | C | |
| 14. Vanguard Long Term | A | Int./Div. | J | T | | | | | |
| 15. American Century Equity Income Fund | B | Dividend | K | T | | | | | |
| 16. Van Eck Global Hard Assets Funds | A | Dividend | | | Sold (part) | 04/04/14 | J | B | |
| 17. Van Eck Global Hard Assets Funds | A | Dividend | | | Sold | 12/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Condo in Sanibel, Florida (Lee County) | D | Rent | N | W | | | | | |
| 19. Schwab Adv Cash Reserv | A | Interest | J | T | | | | | |
| 20. First Eagle Overseas | A | Dividend | K | T | Sold (part) | 05/05/14 | J | A | |
| 21. Oppenheimer Developing Mkts | A | Dividend | J | T | | | | | |
| 22. Satuit Capital Micro Cap | A | Dividend | J | T | Sold (part) | 06/25/14 | J | A | |
| 23. Mathews Pacific Tiger | A | Dividend | J | T | | | | | |
| 24. Vanguard Whithl Div. Yield | A | Dividend | | | Sold | 01/09/14 | J | B | |
| 25. Yacktman Focused Fund | A | Dividend | K | T | | | | | |
| 26. Vanguard Information Technology | A | Dividend | J | T | Sold (part) | 01/06/14 | J | B | |
| 27. Templeton Global Bond | A | Dividend | J | T | Buy | 05/10/14 | J | | |
| 28. Artisan International Value Fund | A | Dividend | J | T | | | | | |
| 29. Artisan Midcap Value | A | Dividend | J | T | Buy (add'l) | 01/07/14 | J | | |
| 30. Matthews China Smallcap | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 31. Nuance Concentrated Value | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 32. SPDR Materials Select | A | Dividend | J | T | Buy | 04/14/14 | J | | |
| 33. Hennessy Gas Utility Idx | A | Dividend | J | T | Buy | 01/06/14 | J | | |
| 34. Fidelity Core Cash | A | Interest | J | T | Buy | 01/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Income Fund | B | Int./Div. | K | T | Buy | 01/16/14 | J | | |
| 36. Pimco Income Fund | | None | | | Buy (add'l) | 01/22/14 | J | | |
| 37. Facebook | | None | | | Sold | 03/20/14 | J | D | |
| 38. Pimco 0-5 Year H/Y Corp | B | Int./Div. | J | T | | | | | |
| 39. Vanguard Total Stock Mkt Idx | A | Dividend | J | T | | | | | |
| 40. Vanguard Dividend | A | Dividend | J | T | | | | | |
| 41. Vanguard Wellesley | A | Dividend | J | T | | | | | |
| 42. Sequoia Fund | A | Distribution | J | T | | | | | |
| 43. Vanguard Reit ETF | A | Dividend | J | T | Buy | 06/13/14 | J | | |
| 44. Vangaurd Reit ETF | A | Distribution | J | T | | | | | |
| 45. Vanguard FTSE All World exUS ETF | A | Dividend | J | T | Buy | 05/05/14 | J | | |
| 46. Vanguard Intnl Equity Idx | A | Dividend | J | T | Buy | 05/05/14 | J | | |
| 47. Ebay | | None | J | T | Buy | 09/16/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Feldman, Jonathan W. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII Line 2 AXA Equitable Life insurance policy - instructed by the sub committee to reflect these loans within part VII as the loans are not with a creditor.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan W. Feldman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544